**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7601**

MICHAEL E. GARNER,

Petitioner - Appellant,

v.

HAROLD CLARKE, Director,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:18-cv-00560-MFU-RSB)

Submitted:  May 20, 2020                           Decided:  June 10, 2020

Before FLOYD, THACKER, and QUATTLEBAUM, Circuit Judges.

Dismissed and remanded by unpublished per curiam opinion.

Michael E. Garner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael E. Garner seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 (2018) petition challenging his prison disciplinary conviction and the calculation of his good time credits. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). "Ordinarily, a district court order is not final until it has resolved all claims as to all parties." *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015) (internal quotation marks omitted).

Our review of the record reveals that the district court did not adjudicate all of Garner's claims. Specifically, the court did not adjudicate Garner's claim that his due process rights were violated during the prison disciplinary hearing and the administrative appeals process because he was denied witnesses and documentary evidence.

Accordingly, we conclude that the order Garner seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. We therefore grant Garner leave to proceed in forma pauperis, dismiss the appeal for lack of jurisdiction, and remand to the district court for consideration of the unresolved claim. *Id*. at 699. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*